■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RUSH, Appellant. [618 NYS2d 578] —Appeal by the defendant from (1) a judgment of the Supreme Court, Kings County (Feldman, J.), rendered December 24, 1991, convicting him of criminal possession of a weapon in the third degree under Indictment No. 13228/90, upon a jury verdict, and imposing sentence, and (2) an amended judgment of the same court, also rendered December 24, 1991, revoking a sentence of probation previously imposed by the same court (Coffinas, J.), upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal possession of a weapon in the third degree under Superior Court Information No. 1528/89.

Ordered that the judgment and the amended judgment are affirmed.

The defendant's contention that the evidence was legally insufficient to establish that he possessed a loaded firearm was not preserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245; *People v Hard,* 139 AD2d 592). In any event, viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Totten,* 161 AD2d 678). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15).

Furthermore, to the extent that the defendant raises a repugnancy claim, his contention is not preserved for appellate review *(see, People v Alfaro,* 66 NY2d 985) and, in any event, is without merit. Mangano, P. J., Thompson, Sullivan and Miller, JJ., concur.